U. S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

___ REMOVAL HEARING
___ DETENTION HEARING
___ BOND HEARING
___ MOTION HEARING
___ PRETRIAL CONFERENCE
___ PROBATION HEARING

CASE NO. 4:01-cr-38

✓ OTHER Sup. Rel. Hrg.

MAG. CASE NO. ___

USA v. Kenneth Evans

CASE ASSIGNED TO JUDGE ___

PRESENT: Honorable Susan K. Lee U. S. District Judge / (U. S. Magistrate Judge)

James Brooks
Asst. U. S. Attorney

Tim Chavers
Pretrial Services / Probation Officer(s)

Russell Eslinger
Deputy Clerk

___
Court Reporter

Recorded: 0 TO: 231

Tape # 2007-11-B

Defendants:
1) Kenneth Evans
2) ___
3) ___

Attorneys for defendants:
1) Chris Lanier
2) ___
3) ___

PROCEEDINGS: ✓ Defendant(s) sworn
✓ Financial affidavit(s) executed
✓ Court appointed attorney(s) under Criminal Justice Act
___ Court may require deft(s) repay govt cost of atty(s)
___ Defendant(s) waived appointment of attorney(s)
✓ Defendant(s) specifically advised of rights, Rule 11, FRCrp

DATES SET:
Detention hearing: WAIVED
Preliminary exam.: WAIVED
Revocation Further hearing: 6/21/07 2:00 (CLC)

OTHER MATTERS: ___

BOND: Court ordered deft. released on ___ bond with standard conditions

Special conditions: ___ report to Pretrial Svcs ___ no firearms ___ drug/alcohol screening ___

✓ Govt. motion for detention without bond: ___ granted ___ denied ___ Detention hearing set (see above)

___ Testimony by: ___

___ Defendant ineligible for release on bond: ___

Defendant ___ remanded to custody of U. S. Marshal ✓ remained in custody ___ remained on bond

Court ordered file ___ sealed ___ unsealed Time: 2:02 to 2:10 Date: 5/31/07